MYERS ET AL., APPELLEES, *v.* SAFECO INSURANCE
COMPANY OF AMERICA, APPELLANT.

[Cite as *Myers v. Safeco Ins. Co. of Am.* (2001), 91 Ohio St.3d 333.]

334

(Nos. 00–597 and 00–641—Submitted March 28, 2001—Decided April 11, 2001.)

The judgment of the court of appeals in case No. 00–597 is reversed on the authority of *Davidson v. Motorists Mut. Ins. Co.* (2001), 91 Ohio St.3d 262, 744 N.E.2d 713.

The certification of conflict in case No. 00–641 is dismissed, *sua sponte*, as having been improvidently certified.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

---

*Clark, Perdue, Roberts & Scott Co., L.P.A.,* and *Paul O. Scott,* for appellees.
*John C. Nemeth & Associates* and *John C. Nemeth,* for appellant.